**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00291-KMT

CARYN SUTHERLAND,

      Plaintiff,

v.

STELLAR RECOVERY, INC.,

      Defendant.

---

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following  Judgment is hereby entered.

Pursuant to the offer of judgment served on April 11, 2016 and the acceptance thereof filed April 11, 2016, with proof of service, it is

ORDERED that judgment is hereby entered for CARYN SUTHERLAND and against STELLAR RECOVERY, INC. in the amount of $3,250.00, inclusive of Damages, Attorney Fees and Costs.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.55% from the date of entry of judgment.


   Dated at Denver, Colorado this 13th day of April, 2016.

                                   FOR THE COURT:
                                   JEFFREY P. COLWELL, CLERK

By:   s/M. Ortiz

M. Ortiz
Deputy Clerk