# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## DENVER DIVISION

| | |
|---|---|
| CARYN SUTHERLAND | Case No. 1:16-cv-00291-KMT |
| Plaintiff, | |
| | Magistrate Judge: |
| v. | Honorable Kathleen M. Tafoya |
| STELLAR RECOVERY, INC. | |
| Defendant. | **PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT** |

Now comes Plaintiff, through Counsel, to notify the Court that the Defendant has Satisfied the Judgment in the present Case.

RESPECTFULLY SUBMITTED,

Date: May 12, 2016

By:  s/ David M. Menditto
David M. Menditto
Hyslip & Taylor, LLC, LPA
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Telephone:  312-380-6110
Facsimile: 312-361-3509
Email: davidm@fairdebt411.com
*Attorney for Plaintiff, Caryn Sutherland*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 12, 2016, I electronically filed the foregoing Notice.  Service of this filing will be made by the Court's CM/ECF system upon the following:

Alison N. Emery
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207
*Counsel for Defendant*

<u>/s/ David M. Menditto</u>